**IT IS ORDERED**

**Date Entered on Docket: September 1, 2021**



_____

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

In re:  **WILLIAM CHRISTOPHER MEADOWS**                     Case No.  20-10312-t13
Debtor(s).

### ORDER FOR TRUSTEE TO ABANDON REAL PROPERTY OF THE ESTATE
### and
### ALLOWING DEBTOR TO SELL REAL PROPERTY

   **THIS MATTER** came before the Court upon the Motion for Trustee to Abandon Interest in

Real Property and For an Order Allowing Debtor to Sell Real Property filed by Debtor, by and

through Counsel, Jason M. Cline.  The Court being sufficiently advised, FINDS:

   A.  Debtor filed a Motion for Trustee to Abandon Interest in Real Property and for an Order

      Allowing Debtor to Sell Real Property (the "Motion") on August 11, 2021 (Doc. No. 57).

   B.  On August 11, Debtor filed and served a notice of deadline to object to the Motion.  The

      notice specified that any objections must be filed and served within 10 days of the filing

      of the notice.

C. The deadline for filing objections expired on August 22, 2021. No objections were timely filed.

D. The Chapter 13 Trustee and UMB Bank filed Responses of Non-Opposition to the Motion.

E. The bankruptcy estate contains real property consisting of the Trustee's interest in Debtors' primary residence with the physical address 3156 Morrisey St. SW, Albuquerque, NM 87121.

F. Wells Fargo Home Mortgage has an interest in said property as a consensual first mortgage lien holder, or assignee of same. Anderson Heights HOA has an interest in said property pursuant to an HOA lien. To Debtor's and Counsel's knowledge, there are no other liens on this property.

G. It is in the best interests of the estate, and those who have an interest therein, that the interest in said real property be abandoned and that Debtor be allowed to sell the residence, as the Debtor will be able to make plan payments and not have to pay for the real property and his rental property when he moves.

H. There is no equity in the property exceeding the amount permitted under the appropriate exemptions as set forth in Amended Schedule C.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. The Chapter 13 Trustee shall abandon the aforementioned real property

2. The Debtor shall be allowed to sell the aforementioned real property.

### END OF ORDER ###

Submitted by:

/s/ Jason M. Cline  *Electronically Submitted*
Jason M. Cline
Attorney for Debtor(s)
2601 Wyoming Blvd. NE, Ste. 108
Albuquerque, NM  87112
Telephone: 505-595-0110
jason@attorneyjasoncline.com

-2-